In the Matter of CALVERT S. RIGBY et al., Appellants, v. LESLIE J. CRATE et al., Constituting the Zoning Board of Appeals of the Town of Sullivan, Respondents.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.